Argued and submitted July 24, reversed and remanded with instructions
December 4, 1996

## STATE OF OREGON,
*Respondent,*

*v.*

## SHANNON ANTHONY LYONS,
*Appellant.*

(94-10-37308; CA A89277)

929 P2d 1015

Jesse Wm. Barton, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

Eleanor E. Wallace, Assistant Attorney General, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Reversed and remanded with instructions to allow demurrer. *State v. Fair*, 145 Or App 96, 929 P2d 1012 (1996).